In the Matter of BANK OF THE MANHATTAN COMPANY, Appellant. MICHAEL J. MURPHY, as Acting Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals, which questions are hereby certified as follows: 1. Is the appellant, Bank of the Manhattan Company, entitled to a refund of contributions under the Unemployment Insurance Law paid with respect to the wages of its employees for the period January 1, 1939, to August 9, 1939, inclusive? 2. Is the appellant, Bank of the Manhattan Company, entitled to a refund of contributions under the Unemployment Insurance Law paid with respect to the wages of its employees from the period August 10, 1939, to December 31, 1939, inclusive? [See *ante*, p. 456.] All concur.

THOMAS E. SLATER et al., Appellants, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See *ante*, p. 925.] All concur.

RANDOLPH H. WINSTON, Appellant-Respondent, v. ELLIOTT B. SMOAK et al., Respondents-Appellants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 931.] All concur.

In the Matter of HENRY JERUM, Appellant, against JOSEPH W. MOORE et al., Constituting the Board of Parole of the Executive Department of the State of New York, et al., Respondents. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See *ante*, p. 931.] All concur.